**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**LEVARION DEWAYNE HOWARD,**

    **Plaintiff,**

**v.**                                  **Case No. 3:25-cv-1654-AW-ZCB**

**ESCAMBIA COUNTY BOARD
OF COMMISSIONERS,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's report and recommendation (ECF No. 14), to which there has been no timely objection, I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "Plaintiff's § 1983 claim is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. The court declines to exercise supplemental jurisdiction over the remaining state-law claims, and those claims are dismissed without prejudice." The clerk will close the file.

SO ORDERED on May 18, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge